UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:12-CR-85-JRG-CRW |
| | ) | |
| ROGER TRISTAN JOHNSON | ) | |

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Defendant Roger Tristan Johnson's Motion for Early Termination of Probation [Doc. 287], and the United States' response in opposition [Doc. 288]. Having carefully reviewed the parties' arguments, the Court is prepared to rule on Mr. Johnson's motion.

The Court may—in its discretion—terminate a defendant's term of supervision "at any time after the expiration of one year of supervised release." 18 U.S.C. § 3583(e)(1). In evaluating a Motion for Early Termination of Supervised Release, the Court must consider any relevant sentencing factors set out in § 3553(a). Though courts must consider these factors, they are not required to "explain how each factor applies or explicitly state that [they] considered them." *United States v. Monk*, No. 2:12-CR-00018-1, 2023 WL 150019 (E.D. Tenn. 2023).

Here, the Court finds that the § 3553(a) factors weigh against termination of Mr. Johnson's supervised release at this time. Mr. Johnson pled guilty to conspiracy to distribute and possession with intent to distribute oxycodone, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(c). Considering the opioid crisis that has plagued the Eastern District of Tennessee and the many lives it has affected, the Court does not take such an offense lightly. Additionally, the Court notes that the risk of recidivism among those who have committed drug trafficking

offenses is relatively high, and supervised release is a tool that lessens Mr. Johnson's risk of recidivism. Lastly, the Court does not believe that terminating Mr. Johnson's supervised release at this point in his term would afford adequate deterrence, as he has only served roughly 1.3 years of his 3-year term of supervised release.

Having considered the relevant §3553(a) factors, the Court finds that they weigh against termination of Mr. Johnson's supervised release at this time. Therefore, his motion is **DENIED** without prejudice to move the Court for early termination of supervised release at a later date.

So Ordered.

**ENTER**:

_____s/ J. RONNIE GREER_____  
UNITED STATES DISTRICT JUDGE
